

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

# Mars Khaimov Law, PLLC

<u>BY ECF</u>
Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007                                      March 16, 2023

Re:   <u>Toro v. The Pinball Company, LLC; 1:23-cv-00055</u>

To the Honorable Judge Liman,

    Plaintiff's Counsel submits this letter-motion seeking an adjournment of the initial pretrial conference, currently scheduled for March 23, 2023. Defendant's counsel, who is not admitted to practice in this District, has reached out to this office and the Parties are now communicating and working towards a possible resolution of the matter. As such, a forty-five day adjournment is being requested, to May 5, 2023 (or a date more convenient to the Court0, to allow time for the Parties to communicate. This is the first time this relief is being requested.

ORDER:  The request for a 45-day extension is GRANTED.  The initial pretrial conference is rescheduled to May 11, 2023 at 2:00pm.  Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

Respectfully,

<u>*/s/ Mars Khaimov*</u>

Date: 3/22/2023



SO ORDERED.

LEWIS J. LIMAN
United States District Judge